# UNITED STATES DISTRICT COURT
for the

Middle District of Florida 

Tampa Division

| | |
|---|---|
| Iasia Ebony Owens | Case No. 8:21cv320MSS-cpT |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |
| -v- | |
| Discover Financial Services | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Iasia Owens |
| Street Address | 5138 Flowing Oar Road |
| City and County | Wimauma, Hillsborough |
| State and Zip Code | Florida, 33598 |
| Telephone Number | 727-612-4630 |
| E-mail Address | iasia.owens2@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.



Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
- Name: Discover Financial Services
- Job or Title (if known):
- Street Address: 2500 Lake Cook Rd
- City and County: Riverwoods, Lake County
- State and Zip Code: Illinois, 60015
- Telephone Number: 800-347-2683
- E-mail Address (if known):

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Fair Debt Collection Practices 15 USC 1692
Truth in Lending Act 15 USC 1602
Truth in Lending Act 15 USC 1611
Fair Credit Reporting Act 1681

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Iasia Ebony Owens , is a citizen of the State of *(name)* Florida .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

      b.    If the defendant is a corporation

The defendant, *(name)* `Discover Financial Services`, is incorporated under the laws of the State of *(name)* `Illinois`, and has its principal place of business in the State of *(name)* `Illinoise`.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:
250,000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
State of Florida

B.    What date and approximate time did the events giving rise to your claim(s) occur?

-Consumer Credit Transaction approximately Dec 30, 2019
-As a Federally Protected Consumer, I realized my rights were violated approximately October 2020
-Affidavit of Truth, Exhibits, Cease and Desist, Invoice delivered to Discover Bank November 2 2020 at 129pm Charlotte, NC 28272
-Consumer Financial Protection Complaint filed Novemeber 4 2020
-Affidavit of Truth, Exhibits, Cease and Desist, Invoice delivered to Discover Bank December 16 2020 at 1110 am New Albany, OH 43054
-Consumer Financial Protection Complaint filed December 17 2020   PLEASE SEE ATTACHED

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The Truth in Lending Act was enacted by Congress to promote the informed use of consumer credit and I have been misinformed by Discover Bank. This includes violations within the FDCPA as well. December 2019, I authorized a consumer credit transaction with Discover Bank. Discover Bank knowingly and willfully violated my Protected Consumer rights. I contacted Discover Bank via certiied mail when I discovered the false and misleading information on deceptive forms in which they provided. It was delivered on Nov 2, 2020 with an Affidvait of Truth on the specific violations such as 15 USC 1692, 15 USC 1602, 15 USC 1681 (Fair Debt Collection Practices, Truth in Lending Act and the Fair Credit Reporting Act). This includes evidence such as the billing statements that were in question, cease and desist and an invoice for remedy. I contacted the CFPB in regards to DIscover Bank operations. PLEASE SEE ATTACHED

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Discover Bank has caused financial problems within my family. It has broken my family apart. This includes causing anxiety and mental anguish. My emotional well-being has not been stable because of Discover Bank. They have tarnished my reputattion with the consumer reporting agencies due to them reporting false and misleading information along with misleading me with deceptive forms and misinforming me of consumer credit.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Zero out the balance on this account
2. Open end consumer credit plan with zero balance each month
3. Pay the attached invoice and compensate me for every violation labeled in the attached exhibits
4. Deletion from all consumer reports

Continuation

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Notice of Default and Opportunity to Cure, Exhibits, Cease and Desist, Invoice delivered to Discover Bank January 21 2021 at 613pm New Albany, OH 43054
-Consumer Financial Protection Complaint filed January 26 2021


C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

Discover Bank never rebutted my Affidavit of Truth line by line and did not properly validate the debt accordingly pursuant 15 USC 1692g (a)(1)(2)(3)(4)(5). Again, I mailed Discover Bank another Affidvavit of Truth on the specific violations such as 15 USC 1692, exhibits, cease and desist and an invoice for remedy. I received no response. This includes not rebutting the Affidavit of Truth line by line. Lastly, I mailed Discover Bank a Notice of Default and Opportunity to Cure, new exhibits, cease and desist and an invoice for remedy. I have received no response within the 10 days as stated on the Notice of Default and Opportunity to Cure.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9 Feb 2021

Signature of Plaintiff: *(signed)*

Printed Name of Plaintiff: Tasia Ebony Owens

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____